# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 11-09218-MMM<br>BKCY: 96-bk-1563-RN | Date | February 6, 2012 |

| | |
|---|---|
| Title | *In re Debtor*: Fruehauf Trailer Corporation<br>Chriss W. Street vs Daniel W. Harrow |

| Present: The Honorable | MARGARET M. MORROW |
|---|---|

| ANEL HUERTA | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**   **Order To Show Cause Re Dismissal For Lack Of Prosecution**

  The docket reflects that a bankruptcy appeal has been filed in the above-entitled action, but that appellant has not filed the required:

  ____   statement of issues has been filed,

  _X_   No transcripts has been filed

  ____   filing fee.

  Appellant is Ordered to Show Cause no later than February 15, 2012, why the appeal should not be dismissed for the deficiency. The Court may consider Appellant's filing of the missing required document(s) and fees, along with a declaration of good cause for the delay, sufficient response to the order to show cause.